Motion denied, without costs. See, also, 59 Misc. Rep. 136, 112 N. Y. Supp. 208.

---

In re O'REILLY. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) In the matter of the application to revoke letters testamentary issued to Frank E. O'Reilly, as executor of Arthur J. Heaney, deceased, and to remove him as testamentary trustee under the last will and testament of Arthur J. Heaney, deceased. No opinion. Motion denied, with $10 costs. See, also, 59 Misc. Rep. 136, 112 N. Y. Supp. 208.

---

ORMOND & O'BRIEN, Respondents, v. COHN CUT STONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Ormond & O'Brien against the Cohn Cut Stone Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

PAGE, Respondent, v. NOWAK, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Emmett D. Page against David Nowak.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that there was no proof of agency in the wife, and therefore no contract was proved.

---

PANOULIAS, Appellant, v. SIGRIST, Respondent. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Panayiotis Panoulias against Frederick Sigrist. G. H. Taylor, Jr., for appellant. H. Joerg, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

PASCUAL, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by William V. Pascual against J. Cornell Brown. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

PEACE et al., Respondents, v. WALLACE TRANSP. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Harry B. Peace and another against the Wallace Transportation Company. No opinion. Judgment and order affirmed, with costs.

---

PENN DRUG CO., Appellant, v. E. C. Mc-KALLOR DRUG CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by the Penn Drug Company against the E. C. McKallor Drug Company. No opinion. Judgment affirmed, with costs.

---

PEOPLE v. BAKER. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Proceedings by the people of the state of New York against Charles Baker. No opinion. Motion denied on terms stated in order. Order filed.

---

PEOPLE, Respondent, v. BLINN, Appellant. (Supreme Court, Appellate Division, First Department. April 23, 1909.) Proceedings by the people of the state of New York against Francis G. Blinn. A. H. Stephens, for appellant. R. C. Taylor, for the People. No opinion. Judgment and orders affirmed on People v. Conrad, 102 App. Div. 567, 92 N. Y. Supp. 606, and 182 N. Y., 529, 74 N. E. 1122. Order filed.

---

PEOPLE, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Proceedings by the people of the state of New York against Antoine J. Campbell. No opinion. Judgment affirmed.

---

PEOPLE v. COHEN. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Proceedings by the people of the state of New York against Hyman Cohen. No opinion. Motion denied.

---

PEOPLE v. DUFFY et al. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Proceedings by the people of the state of New York against Frank Duffy, impleaded. No opinion. Motion denied, upon condition that appellant have his appeal ready for argument at May term. Order filed.

---

PEOPLE v. KAHN. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Proceedings by the people of the state of New York against Samuel Kahn. No opinion. Motion granted. Order filed

---

PEOPLE v. PRAMO. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Proceedings by the people of the state of New York against James Pramo. No opinion. Motion granted. Order filed.

---

PEOPLE v. SHERIFF. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Proceedings by the people of the state of New York against Alexander Sheriff. No opinion. Motion granted. Order filed.

---

PEOPLE, Respondent, v. TRANSIT DEVELOPMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Proceedings by the people of the state of New York against the Transit Development Company. No opinion. Motion denied. See, also, 115 N. Y. Supp. 297.

---

PEOPLE, Respondent, v. WASHOR, Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Proceedings by the people of the state of New York against Meyer Washor. A. J. Levy, for appellant. R.